# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Wayne H. Norman,

Plaintiff,

                                                          CIVIL ACTION: 1:13-CV-05385

Dynamic Recovery Solutions,                               **JURY DEMAND**

Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE SHARON JOHNSON COLEMAN:

COMES NOW, Plaintiff, Wayne H Norman, respectfully files this Notice of Voluntary Dismissal with Prejudice and submits the following:

1. Plaintiff and Defendant have reached a mutual settlement agreement.

                                                      Respectfully submitted,

                                                      By: /s/Wayne H. Norman

                                                             Pro Se Plaintiff

                                                    whnorman@hotmail.com